**No. 10-5707. Maqsood Ahamad, Petitioner v. Florida.**

562 U.S. 935, 131 S. Ct. 343, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7647.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 37 So. 3d 869.